**Order entered December 5, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01383-CV

### IN RE ANTONIO H. PADILLA, Relator

**Original Proceeding from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-004-7293-R**

## ORDER

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus.


/s/  DAVID EVANS
    JUSTICE